## ATTACHMENT A
### CARES Act PPP Funded Loans Through April 16, 2020*

| Loan Size | Approved PPP Loans through April 16, 2020* | SBA Funded Amount | % of Loans | % of Amount |
|---|---|---|---|---|
| $150K and Under | 1,229,893 | $ 58,321,791,761 | 74.0% | 17.0% |
| >$150K-$350K | 224,061 | $ 50,926,354,675 | 13.5% | 14.9% |
| >$350K-$1M | 140,197 | $ 80,628,410,796 | 8.4% | 23.6% |
| >$1M-$2M | 41,238 | $ 57,187,983,464 | 2.5% | 16.7% |
| >$2M-$5M | 21,566 | $ 64,315,474,825 | 1.3% | 18.8% |
| >$5M | 4,412 | $ 30,897,983,582 | 0.3% | 9.0% |
|  | 1,661,367 | $ 342,277,999,103 | 100.0% | 100.0% |

| Loan Size | Mandated Lender Percentage | SBA Funded Amount | Mandated Lender Fee |
|---|---|---|---|
| $150K and Under | 5.00% | $ 58,321,791,761 | $ 2,916,089,588 |
| >$150K-$350K | 5.00% | $ 50,926,354,675 | $ 2,546,317,734 |
| >$350K-$1M | 3.00% | $ 80,628,410,796 | $ 2,418,852,324 |
| >$1M-$2M | 3.00% | $ 57,187,983,464 | $ 1,715,639,504 |
| >$2M-$5M | 1.00% | $ 64,315,474,825 | $ 643,154,748 |
| >$5M | 1.00% | $ 30,897,983,582 | $ 308,979,836 |
|  |  | $ 342,277,999,103 | $ 10,549,033,734 |

| Average Lender Percentage | 3.08% |
|---|---|

| Loan Size | Mandated Agent Percentage | SBA Funded Amount | Mandated Agent Fee |
|---|---|---|---|
| $150K and Under | 1.00% | $ 58,321,791,761 | $ 583,217,918 |
| >$150K-$350K | 1.00% | $ 50,926,354,675 | $ 509,263,547 |
| >$350K-$1M | 0.50% | $ 80,628,410,796 | $ 403,142,054 |
| >$1M-$2M | 0.50% | $ 57,187,983,464 | $ 285,939,917 |
| >$2M-$5M | 0.25% | $ 64,315,474,825 | $ 160,788,687 |
| >$5M | 0.25% | $ 30,897,983,582 | $ 77,244,959 |
|  |  | $ 342,277,999,103 | $ 2,019,597,082 |

| Average Agent Percentage | 0.59% |
|---|---|

\* https://home.treasury.gov/system/files/136/SBA PPP Loan Report Deck.pdf

**Paycheck Protection Program and Health Care Enhancement Act ("PPPEA")\*\***

| Supplemental PPPEA Funding signed into law April 24, 2020 | Average Mandated Agent Percentage from Original PPP Funding | Extrapolated Mandated Agent Fees from Supplemental PPPEA Funding | Maximum Agent Fees owed to Class based on Original PPP and PPPEA Funding |
|---|---|---|---|
| $310,000,000,000 | 0.59% | $1,829,000,000 | $3,848,597,082 |

| Supplemental PPPEA Funding signed by President Trump on April 24, 2020 | Average Mandated Lender Percentage from Original PPP Funding | Extrapolated Mandated Lender Fees from Supplemental PPPEA Funding | Approximate Lender Fees based on Original PPP and PPPEA Funding |
|---|---|---|---|
| $310,000,000,000 | 3.08% | $9,554,223,368 | $20,103,257,102 |

| Average Agent Percentage divided by Average Lender Percentage | 19.14% |
|---|---|



**EXHIBIT**
**Attachment A**

\*\* https://www.congress.gov/bill/116th-congress/house-bill/266/text